**QUILL & ARROW LLP**
Luis A. Serrano, Esq.
lserrano@quillarrowlaw.com
10880 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
Attorney for Plaintiff,
**MANUEL LAPAC ROMERO**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost, Esq. (SBN 271294)
st@thetafirm.com
Mehgan Gallagher, Esq. (SBN 338699)
mg@thetafirm.com
12100 Wilshire Blvd Ste 1070
Los Angeles, CA 90025
Telephone: 424-297-3103
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL LAPAC ROMERO, an individual,<br><br>Plaintiff,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 2:25-cv-00730-JAM-CSK<br><br>**STIPULATION AND ORDER ORDER OF DISMISSAL** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, MANUEL LAPAC ROMERO and Defendant, MERCEDES-BENZ USA, LLC, (hereafter "the Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the Parties.

Dated: July 9, 2026, **QUILL & ARROW, LLP**

By *_/s/Luis A. Serrano___*
Luis A. Serrano, Esq.
Attorney for Plaintiff,
**MANUEL LAPAC ROMERO**

Dated: July 13, 2026, **THETA LAW FIRM, LLP**

By *_/s/Mehgan Gallagher___*
Mehgan Gallagher. Esq.
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

## SIGNATURE ATTESTATION

I hereby certify that the content of this document is acceptable to Mehgan Gallagher, counsel for **MERCEDES-BENZ USA, LLC** and that I have obtained authorization to affix his/her electronic signature to this document.

**QUILL & ARROW, LLP**

*/s/Luis A. Serrano*
Luis A. Serrano, Esq.
Attorney for Plaintiff,
**MANUEL LAPAC ROMERO**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MANUEL LAPAC ROMERO, an individual,

Plaintiff,

vs.

MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,

Defendant,

Case No.: 2:25-cv-00730-JAM-CSK

**ORDER OF DISMISSAL**

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is **GRANTED**. The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: July 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE